USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/22/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X

CHRISTOPHER BURKETT, Jr.,          :

             Plaintiff,     :     10 Civ. 0191 (SHS)(HBP)

  -against-                       :     REPORT AND
                                                      RECOMMENDATION
OFFICER KELLY,                     :

             Defendant.     :

----------------------------------X

        PITMAN, United States Magistrate Judge:

        TO THE HONORABLE SIDNEY H. STEIN, United States District Judge,

        The pro se plaintiff commenced this action on January 11, 2010 by filing a summons and complaint.  My review of the file in October, 2010 disclosed that no proof of service of the summons and complaint had ever been filed and it appeared that the summons and complaint had not, in fact, been served.  Accordingly, I issued an Order to plaintiff on October 8, 2010 directing that plaintiff show cause on or before December 7, 2010 why the action should not be dismissed for failure to serve the summons and complaint within the 120-day time limit estab-

lished by Rule 4(m), Fed. R. Civ. P. Specifically, my October 8, 2010 Order

provided:

> Despite the fact that Rule 4(m), Fed. R. Civ. P., requires that the summons and complaint be served on all defendants no later than 120 says after the commencement of the action, according to the Court's records, the defendant has not yet been served. Accordingly, pursuant to Federal Rule of Civil Procedure 4(m), it is hereby
>
> ORDERED that plaintiff has until December 7, 2010 either to complete service of the summons and complaint on the defendants or to show good cause why such service has not been made. Failure to complete service or to show cause on or before December 7, 2010, **will** result in the issuance of a Report and Recommendation recommending the dismissal of this action.

(Emphasis in original.)

A copy of my October 8 Order was mailed to plaintiff at the address provided when he commenced this action -- the only address plaintiff ever provided to the Court. It was returned to me on October 18, 2010 marked 'R.T.S.' on the front of the envelope and 'INMATE DISCHARGED FROM JAIL/PENITENTIARY' on the back of the envelope.

To date, plaintiff has not filed proof of service, has not explained why service has not been completed, has not noti-

fied the clerk's office of his change in address and has not contacted my chambers or the Court in any way. Accordingly, I respectfully recommend sua sponte that this action be dismissed on the ground that plaintiff has not completed service of the summons and complaint within the time permitted by Rule 4(m), Fed. R. Civ. P.

OBJECTIONS

Pursuant to 28 U.S.C. § 636(b)(1)(C) and Rule 72(b) of the Federal Rules of Civil Procedure, the parties shall have ten (10) days from the date of this Report and Recommendation to file written objections. See also Fed. R. Civ. P. 6(a) and 6(e). Such objections (and responses thereto) shall be filed with the Clerk of the Court, with courtesy copies delivered to the chambers of the Honorable Sidney H. Stein, United States District Judge, Room 1010, 500 Pearl Street, New York, New York 10007 and to the chambers of the undersigned, Room 750, 500 Pearl Street, New York, New York 10007. Any requests for an extension of time for filing objections must be directed to Judge Stein. FAILURE TO OBJECT WITHIN TEN (10) DAYS **WILL** RESULT IN A WAIVER OF OBJECTIONS AND **WILL** PRECLUDE APPELLATE REVIEW. Thomas v. Arn, 474 U.S. 140 (1985); United States v. Male Juve-

nile, 121 F.3d 34, 38 (2d Cir. 1997); I.U.E. AFL-CIO Pension Fund v. Hermann, 9 F.3d 1049, 1054 (2d Cir. 1993); Frank v. Johnson, 968 F.2d 298, 300 (2d Cir. 1992); Wesolek v. Canadair Ltd., 838 F.2d 55, 58 (2d Cir. 1988); McCarthy v. Manson, 714 F.2d 234, 237-38 & n.2 (2d Cir. 1983).

Dated:   New York, New York
         December 22, 2010

                                    Respectfully submitted,

                                    _____
                                    HENRY PITMAN
                                    United States Magistrate Judge

Copy Mailed to:

Mr. Christopher Burkett, Jr.
200124
Westchester County Jail
P.O. Box 10
Woods Road
Valhalla, New York 10595

4