UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

CHRISTOPHER BURKETT, JR., : 10 Civ. 191 (SHS)

                Plaintiff, :

  -against- : <u>ORDER</u>

OFFICER KELLY, :

                Defendant. :

------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      On December 22, 2010, Magistrate Judge Henry Pitman issued a Report and Recommendation recommending that this action be dismissed on the ground that plaintiff has not completed service of the summons and complaint within the time permitted by Fed. R. Civ. P. 4(m). Objections to the Report and Recommendation were due by January 10, 2011. To date, the Court has received no objections from plaintiff. After a *de novo* review of the Report and Recommendation dated December 22, 2010,

      IT IS HEREBY ORDERED that:

      1.     Magistrate Judge Pitman's Report & Recommendation is adopted; and

      4.     This action is dismissed on the ground that plaintiff has not completed service of the summons and complaint within the time permitted by Fed. R. Civ. P. 4(m),

Dated: New York, New York
       January 10, 2011

                              SO ORDERED:

                              Sidney H. Stein, U.S.D.J.